Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA VELASCO GOMEZ<br><br>Plaintiff,<br><br>v.<br><br>LOREN K. MILLER, *et al.*,<br><br>Defendants. | No. C21-01592-RSM<br><br>STIPULATION AND ORDER FOR EXTENSION DEADLINE<br><br>Noted for Consideration:<br>December 28, 2021 |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that the deadline for Defendants' response to the Complaint may be extended from January 25, 2022 to February 24, 2022.  Good cause exists for the requested extension.  United States Citizenship and Immigration Services ("USCIS") is reviewing its denial of Plaintiff's I-918 petition. Accordingly, the Parties agree to the extension to allow for the review and the possibility of resolution of this matter without further litigation.

//
//
//
//
//

STIPLUATION AND ORDER FOR                  - 1
EXTENSION OF DEADLINE (21-cv-1592-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1  Dated: December 28, 2021 | Respectfully submitted, |
| 2 | NICHOLAS W. BROWN<br>United States Attorney |
| 3 | |
| 4 | _s/Michelle R. Lambert_<br>MICHELLE R. LAMBERT, NYS #4666657 |
| 5 | Assistant United States Attorney<br>United States Attorney's Office |
| 6 | 1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402 |
| 7 | Phone: 253-428-3824<br>Email: michelle.lambert@usdoj.gov |
| 8 | *Attorneys for Defendants* |
| 9 | |
| 10 | _/s Hilary Han_<br>HILARY HAN, WSBA #33754 |
| 11 | Dobrin & Han<br>705 2nd Ave., Ste. 905 |
| 12 | Seattle, Washington 98104<br>Phone: 206-448-3440 |
| 13 | Email: hilary@dobrin-han.com<br>*Attorneys for Plaintiff* |

(Line numbers 14–27 continue, blank.)

STIPLUATION AND ORDER FOR - 2
EXTENSION OF DEADLINE (21-cv-1592-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having so stipulated, the above is SO ORDERED. Defendants' response to the Complaint is due on or before February 24, 2022.

DATED this 3rd day of January, 2022.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPLUATION AND ORDER FOR   - 3
EXTENSION OF DEADLINE (21-cv-1592-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970