Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA VELASCO GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>LOREN K. MILLER, *et al.*,<br><br>Defendants. | No. C21-01592-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>January 24, 2022 |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to reopen Plaintiff's I-918 application. Dkt. No. 1. USCIS has reopened and approved Plaintiff's I-918 and I-192 applications. Accordingly, the above-captioned action having been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//
//
//
//
//

STIPLUATION AND ORDER FOR - 1
EXTENSION OF DEADLINE (21-cv-1592-RSM)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | | |
|---|---|---|
| 1 | Dated: January 24, 2022 | Respectfully submitted, |
| 2 | | NICHOLAS W. BROWN |
| | | United States Attorney |
| 3 | | |
| 4 | | <u>s/Michelle R. Lambert</u> |
| | | MICHELLE R. LAMBERT, NYS #4666657 |
| 5 | | Assistant United States Attorney |
| | | United States Attorney's Office |
| 6 | | 1201 Pacific Avenue, Suite 700 |
| | | Tacoma, Washington 98402 |
| 7 | | Phone: 253-428-3824 |
| | | Email: michelle.lambert@usdoj.gov |
| 8 | | *Attorneys for Defendants* |
| 9 | | |
| | | <u>/s Hilary Han</u> |
| 10 | | HILARY HAN, WSBA #33754 |
| | | Dobrin & Han |
| 11 | | 705 2nd Ave., Ste. 905 |
| | | Seattle, Washington 98104 |
| 12 | | Phone: 206-448-3440 |
| | | Email: hilary@dobrin-han.com |
| 13 | | *Attorneys for Plaintiff* |

STIPLUATION AND ORDER FOR  - 2
EXTENSION OF DEADLINE (21-cv-1592-RSM)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**ORDER**

The parties having so stipulated, the above is SO ORDERED. This case is dismissed without prejudice. Each party is to bear their own fees and costs.

DATED this 25th day of January, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPLUATION AND ORDER FOR - 3
EXTENSION OF DEADLINE (21-cv-1592-RSM)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800